# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **MICHEL WATKINS** | **CIV. ACTION NO. 3:24-cv-00027** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PENTAGON FEDERAL CREDIT UNION ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 37] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Pentagon Federal Credit Union and James Schenck's first and second Motions to Dismiss [Doc. Nos. 6, 15] are **DENIED AS MOOT**, and that their third Motion to Dismiss [Doc. No. 28] is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

In Chambers, at Monroe, Louisiana, on this 29th day of July, 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE